FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

November 10, 2021

No. 04-21-00416-CV

Kimi-Lyn **MURRAY**,
Appellant

v.

Phillip **MURRAY**,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-19449
Honorable Monique Diaz, Judge Presiding

## O R D E R

A copy of appellant's notice of appeal was filed in this court on September 30, 2021. When the notice of appeal was filed, this court notified appellant in writing that our records did not reflect that the filing fee in the amount of $205.00 was paid. In addition, our record contains no evidence that appellant is excused by statute or rule from paying the filing fee. *See* TEX. R. APP. P. 5, 20.

We therefore **ORDER** appellant to show cause in writing **by November 29, 2021,** that either: (1) the filing fee has been paid; or (2) appellant is entitled to appeal without paying the filing fee. If appellant fails to respond within the time provided, this appeal will be dismissed for failure to pay the filing fee. *See id.* R. 5, 42.3(c). All other appellate deadlines are suspended pending the payment of the filing fee.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of November, 2021.

FILE COPY



MICHAEL A. CRUZ, Clerk of Court